**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| JANE DOE, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO: 4:18-CV-00072-JVB-JEM |
| ) | |
| PURDUE UNIVERSITY, a public entity, ) | |
| And LANCE DUERFAHRD, an ) | |
| Individual, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION REGARDING EXPERT DISCOVERY**

Defendant The Trustees of Purdue University ("Purdue University"), Defendant Lance Duerfahrd, and Plaintiff Jane Doe (collectively, the "Parties") hereby stipulate to the following and respectfully request that the Court modify the case management order in accord with this stipulation:

1. The case management schedule presently specifies that "Plaintiff expert witness disclosures and reports to be delivered to the defendant by 3/31/2020.  Defendant expert witness disclosures and reports to be delivered to the Plaintiff by April 30, 2020." (DE 39).  The current case management schedule sets the expert discovery deadline on June 12, 2020. (DE 39).

2. Plaintiff disclosed her expert witnesses and provided reports on March 26, March 30, and April 2, 2020.

3. Medical and mental examinations of the Plaintiff under Federal Rule of Civil Procedure 35 are necessary in order for the Defendants to complete expert discovery.  To date the Plaintiff has not been examined by Defendants' experts or an independent medical examiner.

4. The COVID-19 public health crisis is impeding travel and other arrangements for depositions and examinations.

5. The parties have agreed to conduct independent and/or expert medical examinations of Plaintiff under Federal Rule of Civil Procedure 35 (up to one examination per Defendant) prior to September 1, 2020. Further, the Defendants agree to serve their expert witness disclosures no later than September 1, 2020.

6. Accordingly, the parties agree complete to expert discovery by September 30, 2020.

7. For the foregoing reasons, the Parties stipulate to entry of an Order as follows: Rule 35 and/or defense expert mental examinations of the Plaintiff to be completed by September 1, 2020; each Defendant's expert witness disclosures to be served by September 1, 2020; and the expert discovery deadline to be extended until September 30, 2020.

Respectfully submitted,

/s/Jon L. Norinsberg (w/permission)
Jon L. Norinsberg
Bennitta Joseph
Joseph & Norinsberg, LLP
225 Broadway, Suite 2700
New York, N.Y. 10007
(212) 227-5700

Marietto V. Massillamany
mario@mjcattorneys.com
Thomas W. Blessing
tom@mjcattorneys.com
Massillamany Jeter & Carson, LLP
11650 Lantern Rd., Suite 204
Fishers, IN 46038
(317) 576-8580
*Attorneys for Plaintiff Jane Doe*

s/ William P. Kealey (w/permission)
William P. Kealey, Atty. No. 18973-79
Matthew M. Humble, Atty. No. 35259-53
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
mmh@stuartlaw.com
Telephone: 765.423.1561
*Attorneys for Defendant The Trustees of Purdue University*

/s/Matthew S. Ryan
Matthew S. Ryan
Emily Vermylen
Cotsirilos, Tighe, Streicker, Poulos
    & Campbell, Ltd.
33 N. Dearborn, Suite 600
Chicago, IL 60602
(312)-332-5675
*Attorneys for Defendant Lance Duerfahrd*