UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JANE DOE, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO: 4:18-CV-00072-JVB-JEM |
| | ) |
| PURDUE UNIVERSITY, a public entity, | ) |
| And LANCE DUERFAHRD, an Individual, | ) |
| | ) |
| Defendants. | ) |

**THE TRUSTEES OF PURDUE UNIVERSITY'S
NOTICE OF INTENT TO MOVE FOR SUMMARY JUDGMENT**

Pursuant to this Court's February 2, 2022 Order (ECF No. 183), Defendant The Trustees of Purdue University ("Purdue") hereby gives notice that it will move for summary judgment under Rule 56 of the Federal Rules of Civil Procedure on Plaintiff's claim against Purdue.

Dated: February 9, 2022

/s/ Matthew M. Humble
William P. Kealey (18973-79)
Matthew M. Humble (35259-53)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
         mmh@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendant The Trustees of
Purdue University***

1451217