IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JANE DOE, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CV 0072-JVB |
| | ) | |
| v. | ) | |
| | ) | |
| PURDUE UNIVERSITY, a public entity, | ) | |
| and LANCE DUERFAHRD, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY EMILY VERMYLEN'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT LANCE DUERFAHRD

Pursuant to Local Rule 83-8, Emily Vermylen of Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd., counsel for Defendant Lance Duerfahrd ("Duerfahrd"), hereby files this Motion to Withdraw As Counsel in the above-captioned case. Ms. Vermylen is leaving the Cotsirilos firm to join the U.S. Attorney's Office for the Northern District of Illinois. Duerfahrd will continue to be represented by counsel Matthew Ryan. Duerfahrd has no objection to Ms. Vermylen's withdrawal, which will in no way prejudice Duerfahrd in this case.

WHEREFORE, Ms. Vermylen requests that this Court grant her Motion to Withdraw as Counsel for Defendant Duerfahrd.

Dated: May 27, 2022

Respectfully submitted,

/s/ Emily R. Vermylen

Matthew S. Ryan
Emily R. Vermylen
COTSIRILOS, TIGHE, STREICKER,
    POULOS, & CAMPBELL, LTD.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602
(312) 263-0345