USDC IN/ND case 4:18-cv-00072-JVB-JEM   document 164   filed 03/11/21   page 1 of 3

USDC IN/ND case 4:18-cv-00072-JVB-JEM   document 163   filed 03/11/21   page 1 of 3

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
1300 S. HARRISON STREET
FORT WAYNE, INDIANA 46802

OFFICIAL BUSINESS

FILED
JUL 0 1 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Jane Doe
225 East 72nd Street, Room 626
New York, New York 10021

FT WAYNE IN 468
11 MAR 2021 PM 3 T

$0.51
US POSTAGE
FIRST-CLASS
062S0010313813
46802

RTS ANK

NIXIE   100   DC 1         0006/27/22
       RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD.
BC: 46802349599       *1012-16424-09-36