UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JANE DOE ) | |
|     Plaintiff ) | |
| ) | |
| ) | 4:18-cv-72 |
| ) | |
| ) | |
| LANCE DUERFAHRD et al ) | |
|     Defendant ) | |

ORDER

Pursuant to N.D. Ind. L.R. 40-1(f)(1), and for the reason of efficient administration of the docket, the undersigned DIRECTS the Clerk of the Court to randomly reassign this case in accordance with Northern District of Indiana Local Rule 40-1(f)(1).

SO ORDERED on December 2, 2022.

s/Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN, JUDGE
UNITED STATES DISTRICT COURT