UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>PURDUE UNIVERSITY and LANCE DUERFAHRD,<br><br>  Defendants. | CAUSE NO.: 4:18-CV-72-TLS |

### ORDER

This matter is before the Court on a Stipulation to Dismiss Defendant Lance Duerfahrd Only [ECF No. 210], filed on February 1, 2023. The parties stipulate that the Court dismiss with prejudice the Plaintiff's claims against Defendant Duerfahrd only due to settlement between the Plaintiff and Defendant Duerfahrd.

The Court may dismiss an action at a plaintiff's request on terms the Court considers proper. Fed. R. Civ. P. 41(a)(2). Because all parties have signed the stipulation and represent that the Plaintiff and Defendant Duerfahrd reached a settlement, the Court considers the terms of dismissal proper and GRANTS the Stipulation to Dismiss Defendant Lance Duerfahrd Only [ECF No. 210]. The Court ORDERS that the action is DISMISSED with prejudice as to Defendant Duerfahrd only. The Plaintiff's claims against Defendant Purdue remain pending.

SO ORDERED on February 2, 2023.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT