# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| JANE DOE, an individual,<br>    Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | CAUSE NO: 4:18-CV-00072-TLS |
| PURDUE UNIVERSITY, a public entity,<br>    Defendant. | )<br>)<br>) | |

### PURDUE UNIVERSITY'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PURDUE'S MOTION *IN LIMINE* NO. 9

Defendant The Trustees of Purdue University ("Purdue University") hereby provides this Court with supplemental authority in further support of Purdue's Motion *in Limine* no. 9 (ECF No. 236 pp. 10-11) regarding use of the word "grooming." The offices of the undersigned recently received a copy of the 12th edition of *Black's Law Dictionary*, released just this month,[1] in which was added the following definition:

> **sexual grooming.** (1994) *Criminal law*. A sexual predator's attempt, usu. over time, to establish an emotional connection <u>with a minor</u> or <u>members of a minor's family</u> to lessen <u>the child's</u> inhibitions to sexual activity with the predator. ● Sexual grooming can occur in various settings: in person, through texting, through social media, etc. <u>Minors</u> who have been groomed often experience mental-health issues such as anxiety, depression, posttraumatic stress, and suicidal ideation. — Often shortened to *grooming*.

*Sexual Grooming*, Black's Law Dictionary (12th ed., 2024) (emphasis added).

---

[1] *See* https://www.thomsonreuters.com/en/press-releases/2024/june/thomson-reuters-releases-12th-edition-of-black-s-law-dictionary.html

Respectfully submitted,

/s/ Matthew M. Humble
William P. Kealey
Matthew M. Humble
Kirstie E. Klutzke
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Phone:  765.423.1561
E-Mail: wpk@stuartlaw.com
        mmh@stuartlaw.com
        kek@stuartlaw.com
***Attorneys for Defendant The Trustees of Purdue University***