IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) CAUSE NO: 4:18-CV-00072 |
| | ) |
| PURDUE UNIVERSITY, a public entity, and LANCE DUERFAHRD, an individual, | ) ) ) |
|     Defendants. | ) |

**<u>JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE HEARING AND TRIAL DATES</u>**

COME NOW the parties by and through counsel, and file their Joint Notice of Settlement and Motion to Vacate Hearing and Trial Dates, as follows:

1. Plaintiff brought this lawsuit against Defendant on September 20, 2018.

2. This matter is presently set for an evidentiary hearing on Pseudonym Relief on October 4, 2024, for jury trial to begin on April 21, 2025.

3. On September 28, 2024, the Parties reached an agreement to settle the above-captioned matter through mediation.

4. The Parties are in the process of exchanging documents to finalize the settlement and will file a stipulation of dismissal upon completion of that process.

5. Accordingly, the Parties request that this Court vacate the trial setting, the October 4, 2024 hearing, and all other hearings in this matter.

WHEREFORE, the parties by and through counsel, respectfully request that this Court VACATE all trial and hearing dates herein due to settlement, and for all other just and proper relief.

Respectfully submitted,

| | |
|---|---|
| */s/ C. Anthony Ashford* | */s/ Trenten Daniel Klingerman* |
| C. Anthony Ashford, #19253-02 | Trenten Daniel Klingerman |
| Ashford Law Group, PC | Stuart & Branigin LLP |
| 332 W. 806 N. | 300 Main Street, Ste 900 |
| Valparaiso, IN 46385 | Lafayette, IN 47902-1010 |
| (219) 728-5210 | (765) 428-7077 |
| Counsel for Plaintiff | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that, on the **30th day of September, 2024**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

**Manual Notice List:  None**

/s/ C. Anthony Ashford