UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:18-CV-72-PPS |
| ) | |
| PURDUE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Plaintiff, Jane Doe, filed a Notice of Settlement informing the Court the parties have reached a settlement in this matter. [DE 257.]

Accordingly, the parties are ORDERED to file a notice or stipulation of dismissal on or before **October 29, 2024.**

In addition, the hearings in this case are VACATED, including: the evidentiary hearing on the use of a pseudonym set for October 4, 2024 at 2:30 p.m.; the final pretrial conference set for April 7, 2025 at 10:00 a.m.; and the jury trial set for April 21, 2025 at 9:00 a.m.

SO ORDERED.

ENTERED: October 1, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**