**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION AT HAMMOND**

| | |
|---|---|
| JANE DOE, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>PURDUE UNIVERSITY, )<br>    Defendant. )<br> ) | CASE NO. 4:18-CV-72 |

### JOINT MOTION TO EXTEND DISMISSAL DEADLINE

Come now the parties, by and through counsel, and respectfully request that the Court extend the deadline to file dismissal papers to and including November 29, 2024, and in support thereof, state as follows:

1. On September 30, 2024, the Plaintiff gave notice to the Court that the parties have reached a settlement (Doc 257).

2. On October 1, 2024, the Court entered an Order confirming the parties have reached a settlement (Doc 258).

2. Pursuant to the October 1, 2024 Order, the Parties were to file their Stipulation for Dismissal by October 29, 2024.

4. The parties are working to complete the process of exchanging the settlement documents, and are waiting for the payment of settlement proceeds.

5. The parties require an extension to and including November 29, 2024, to complete the settlement and file the dismissal papers.

6. No party to this action will be prejudiced if the Court grants the requested extension of time.

1

WHEREFORE, the parties, by and through counsel, respectfully request the Court to extend the deadline to file dismissal papers to and including November 29, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ C. Anthony Ashford* | */s/ Trenton D. Klingerman* |
| C. Anthony Ashford | Trenton D. Klingerman |
| Ashford Law Group, PC | Stuart & Branigin LLP |
| 332 W. 806 N. | 300 Main Street, Suite 900 |
| Valparaiso, IN 46385 | Lafayette, IN 47901 |
| cashfordlaw1@gmail.com | tdk@stuartlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2024, a copy of the foregoing was served on the following via the court's electronic filing system:

Trenton D. Klingerman
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
tdk@stuartlaw.com

                                                                                       */c/ C. Anthony Ashford*
                                                                                          C. Anthony Ashford

C. Anthony Ashford
Ashford Law Group, PC
332 W. 806 N.
Valparaiso, IN 46385
cashfordlaw1@gmail.com
*Attorney for Plaintiff*