# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| JANE DOE, an individual,<br>　　Plaintiff, | **)**<br>**)**<br>**)** | |
| vs. | **)**<br>**)** | CAUSE NO: 4:18-CV-00072-PPS |
| PURDUE UNIVERSITY, a public entity,<br>　　Defendant. | **)**<br>**)**<br>**)** | |

## STIPULATION OF DISMISSAL

Come now the parties, by their respective counsel, and hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of actions, and parties. Each party shall bear its own attorney's fees and costs of every kind.

Respectfully submitted,

/s/ C. Anthony Ashford
C. Anthony Ashford
Guy S. DiMartino
ASHFORD DIMARTINO, P.C.
332 W. 806
Valparaiso, IN 46385
Phone: 219.728.5210
cashford1@gmail.com
gsd@gsdimartino.com
*__Attorney for Plaintiff__*

/s/ Trenten D. Klingerman
William P. Kealey
Trenten D. Klingerman
Matthew M. Humble
STUART & BRANIGIN LLP
300 Main St., Ste. 900
Lafayette, IN 47901
Phone: 765.423.1561
wpk@stuartlaw.com
mmh@stuartlaw.com
kek@stuartlaw.com
*__Attorneys for Defendant__*
*__The Trustees of Purdue University__*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was electronically served upon the following on December 2, 2024, via the CM/ECF System, which sent notification of the filing to all counsel of record.

                                            /s/ Trenten D. Klingerman
                                            Trenten D. Klingerman