UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:18-CV-72-PPS |
| | ) | |
| PURDUE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff, Jane Doe, and Defendant, Purdue University, filed a Stipulation of Dismissal [DE 261], stipulating to the dismissal of this action in its entirety.

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 261] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire cause of action **WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

SO ORDERED.

ENTERED: December 3, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**